1  BARRY J. PORTMAN
   Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  555 12th St. – Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500

5  Counsel for Defendant Jeter

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | ) | No. CR-06-00343-1-SBA |
|---|---|---|
|  | ) |  |
12 | Plaintiff, | ) | **STIPULATION AND ORDER** |
|  | ) | **CONTINUING STATUS HEARING** |
13 | vs. | ) |  |
|  | ) | Hearing Date: June 24, 2010 |
14 | MARCQUEZ DELVON JETER, | ) | Requested Date: July 27, 2010 |
|  | ) |  |
15 | Defendant. | ) |  |
   _____)

16
       IT IS HEREBY STIPULATED, by and between the parties to this action, that the
17
   STATUS PRELIMINARY HEARING date of June 24, 2010 presently scheduled at 10:00 a.m.,
18
   before the Honorable Donna M. Ryu, be vacated and re-set for July 27, 2010 at 10:00 a.m.
19
   before the Hon. Saundra Brown Armstrong for REVOCATION AND DISPOSITION
20
   HEARING.
21
       The defendant has agreed to waive without prejudice his right to a preliminary hearing
22
   and have this matter set directly on the District Court calendar for disposition. Defense counsel
23
   also anticipates being out of the office on family-related leave for up to two weeks in early July.
24
   The parties therefore ask that the matter be continued for disposition.
25

26

                                       1

Date   06/25/10                                    /s/
                                                   John Paul Reichmuth
                                                   Assistant Federal Public Defender
                                                   Counsel for defendant CUFF


Date   06/25/10                                    /s/
                                                   Garth Hire
                                                   Assistant United States Attorney


I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.         /S/ JOHN PAUL REICHMUTH

ORDER

Based on the stipulation of the parties, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to July 27, 2010 at 10:00 a.m., before the Hon. Saundra Brown Armstrong for DISPOSITION HEARING.

IT IS SO ORDERED.

7/6/10
Date                                               HON. DONNA M. RYU
                                                   UNITED STATES MAGISTRATE JUDGE

2