BARRY J. PORTMAN
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone:  (510) 637-3500

Counsel for Defendant JETER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06-00343-1 SBA |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND** |
| vs. | ) | **ORDER** |
| | ) | |
| MARCQUEZ DELVON JETER, | ) | Hearing Date: November 3, 2010 |
| | ) | Requested Date: November 30, 2010 |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the

STATUS/FINAL HEARING RE REVOCATION OF SUPERVISED RELEASE date of

November 3, 2010 currently scheduled at 10:00 a.m. before The Hon. Saundra Brown

Armstrong, be vacated and re-set for November 30, 2010 at 9:00 a.m. for status.

The defendant has agreed to waive without prejudice his right to a preliminary hearing

and have this matter set directly on the District Court calendar for disposition.  Defense counsel

will be unavailable during the week of November 1, 2010.  The parties therefore ask that the

matter be continued for status. United States Probation Officer Mark Messner has been notified

and has no objection to the request.  Should the matter be continued to November 30, 2010 at

9:00 a.m. all parties are available.

1

2

3   DATED:      October 19, 2010                    _____/S/_____

4                                                   JOYCE LEAVITT
                                                    Assistant Federal Public Defender

5

6   DATED:      October 19, 2010                    _____/S/_____

7                                                   GARTH HIRE
                                                    Assistant United States Attorney

8                          SIGNATURE ATTESTATION

9           I hereby attest that I have on file all holograph signatures for any signatures indicated by

10  a "conformed" signature (/S/) within this e-filed document.

11

12

13

14                              ORDER

15          Based on the stipulation of the parties, IT IS HEREBY ORDERED that the above-

16  captioned matter is continued to November 30, 2010 at 9:00 a.m., before The Hon. Saundra

17  Brown Armstrong for status.

18          IT IS SO ORDERED.

19

20  DATED:10/21/10                          _Saundra B Armstrong_

                                            SAUNDRA BROWN ARMSTRONG
21                                          United States District Judge

22

23

24

25

26