MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Acting Chief, Criminal Division

GARTH HIRE (CABN 187330)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612-5217
   Telephone:  (510) 637-3929
   Facsimile:  (510) 637-3724
   E-Mail:     Garth.Hire@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | No. CR  06-00343 SBA |
|      )  | |
|     Plaintiff,   ) | STIPULATION TO RESCHEDULE |
|      ) | HEARING; [PROPOSED] ORDER |
|    v.   ) | |
|      ) | |
| MARCQUEZ DELVON JETER,   ) | |
|      ) | |
|     Defendant.   ) | |

     Plaintiff, by and through its attorney of record, and defendant, by and through his attorney of record, hereby stipulate and ask the Court to find and order as follows:

     1.     On April 5, 2010, United States Probation Officer Mark Messner issued a Petition for Arrest Warrant for Offender Under Supervision (Form 12) alleging that defendant violated the conditions of his supervised release.  This matter was previously on calendar for a status conference before United States Magistrate Judge Laurel Beeler.  In order to permit AFPD Joyce Leavitt more time to review the case and meet with the defendant the parties agree to continue

///

///

///

1

the hearing to 9:30 a.m. on Monday, December 13, 2010, before the Honorable Donna M. Ryu, United States Magistrate Judge, for a status conference.

IT IS SO STIPULATED.

DATE: December 7, 2010                          Respectfully submitted,

                                                MELINDA HAAG
                                                United States Attorney


                                                     /s/
                                                GARTH HIRE
                                                Assistant United States Attorney

                                                Attorneys for Plaintiff
                                                UNITED STATES OF AMERICA

DATE: December 7, 2010                               /s/
                                                JOYCE LEAVITT, ESQ.

                                                Counsel for Marquez Delvon Jeter

## [PROPOSED] ORDER

FOR GOOD CAUSE SHOWN, IT IS SO FOUND AND ORDERED THAT:

A status conference in this matter is hereby scheduled for 9:30 a.m. on December 13, 2010, before the Honorable Donna M. Ryu, United States Magistrate Judge.


DATED: December 6, 2010

                                                HONORABLE LAUREL BEELER
                                                UNITED STATES MAGISTRATE JUDGE