1 | MELINDA HAAG (CABN 132612)
United States Attorney

2

3 | MIRANDA KANE (CABN 150630)
Chief, Criminal Division

4 | GARTH HIRE (CABN 187330)
Assistant United States Attorney

5

6 | 1301 Clay Street, Suite 340-S
Oakland, California 94612-5217
Telephone:  (510) 637-3929

7 | Facsimile:  (510) 637-3724
E-Mail:      Garth.Hire@usdoj.gov

8

9 | Attorneys for Plaintiff

10 |                    UNITED STATES DISTRICT COURT

11 |                    NORTHERN DISTRICT OF CALIFORNIA

12 |                         OAKLAND DIVISION

13 | UNITED STATES OF AMERICA,          )          No. CR  06-00343 SBA
                                       )
14 |        Plaintiff,                  )          STIPULATION TO RESCHEDULE
                                       )          HEARING; ORDER
15 |    v.                             )
                                       )
16 | MARCQUEZ DELVON JETER,            )
                                       )
17 |        Defendant.                  )
                                       )
18 |  _____    )

19 |        Plaintiff, by and through its attorney of record, and defendant, by and through his

20 | attorney of record, hereby stipulate and ask the Court to find and order as follows:

21 |        1.      This matter is presently scheduled for a final hearing on supervised release

22 | revocation for Tuesday, February 8, 2011.  The parties require additional time to review the

23 | sentencing memorandum prepared by the USPO and to prepare their own sentencing

24 | memoranda.  In addition, government counsel is now unavailable on February 8.

25 |        2.      Accordingly, both counsel for the government and the defendant respectfully

26 | request that the matter be continued to 10:00 a.m. on Tuesday, March 8, 2011, for a final hearing

27 | on supervised release revocation.

28

1

3.      The assigned USPO concurs with the requested continuance.

IT IS SO STIPULATED.

DATE: February 2, 2011                          Respectfully submitted,

                                                MELINDA HAAG
                                                United States Attorney


                                                ___/s/_____
                                                GARTH HIRE
                                                Assistant United States Attorney

                                                Attorneys for Plaintiff
                                                UNITED STATES OF AMERICA


DATE: February 2, 2011                          ___/s/_____
                                                JOYCE LEAVITT, ESQ.

                                                Counsel for Marcquez Delvon Jeter

**ORDER**

    FOR GOOD CAUSE SHOWN, IT IS SO FOUND AND ORDERED THAT:

        The presently scheduled February 8, 2011, hearing on supervised release revocation is

hereby vacated.  A final hearing on supervised release revocation in this matter is hereby

scheduled before this Court for 11:00 a.m. on March 9, 2011.


DATED:  2/2/11                          _____
                                        HONORABLE SAUNDRA BROWN ARMSTRONG
                                        UNITED STATES DISTRICT JUDGE