MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

GARTH HIRE (CABN 187330)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612-5217
   Telephone:  (510) 637-3929
   Facsimile:  (510) 637-3724
   E-Mail:   Garth.Hire@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-00343 SBA |
|    Plaintiff, ) | STIPULATION TO RESCHEDULE HEARING; ORDER |
| v. ) | |
| MARCQUEZ DELVON JETER, ) | |
|    Defendant. ) | |

     Plaintiff, by and through its attorney of record, and defendant, by and through his attorney of record, hereby stipulate and ask the Court to find and order as follows:

     1.     This matter is presently scheduled for a final hearing on supervised release revocation for Wednesday, March 9, 2011.  The parties require additional time to review the sentencing memorandum prepared by the USPO and to prepare their own sentencing memoranda.

     2.     Accordingly, both counsel for the government and the defendant respectfully request that the matter be continued to 10:00 a.m. on Tuesday, April 26, 2011, for a final hearing on supervised release revocation.

1

3. The assigned USPO concurs with the requested continuance.

IT IS SO STIPULATED.

DATE: March 7, 2011                                Respectfully submitted,

                                                   MELINDA HAAG
                                                   United States Attorney


                                                   ___/s/_____
                                                   GARTH HIRE
                                                   Assistant United States Attorney

                                                   Attorneys for Plaintiff
                                                   UNITED STATES OF AMERICA


DATE: March 7, 2011                                ___/s/_____
                                                   JOYCE LEAVITT, ESQ.

                                                   Counsel for Marcquez Delvon Jeter

## ORDER

FOR GOOD CAUSE SHOWN, IT IS SO FOUND AND ORDERED THAT:

The presently scheduled March 9, 2011, hearing on supervised release revocation is hereby vacated. A final hearing on supervised release revocation in this matter is hereby scheduled before this Court for 10:00 a.m. on April 26, 2011.

DATED:  3/8/11                                     _____
                                                   HONORABLE SAUNDRA BROWN ARMSTRONG
                                                   UNITED STATES DISTRICT JUDGE